745 A.2d 1211

STATE OF NEW JERSEY, PLAINTIFF, v. ALVIN
FLEMING, DEFENDANT–MOVANT.

November 5, 1999.

Denied.

745 A.2d 1211

391–395 PARK EQUITIES, ETC., PLAINTIFF–RESPONDENT,
v. SALVATORE MORETTI, ET AL., DEFENDANTS–
APPELLANTS.

November 5, 1999.

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed for no substantial constitutional question.